JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ESPINOZA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., a Delaware corporation, JOSE ROMERO, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 8:17-cv-01937-AG-KES<br><br>(Orange County Superior Court Case No. 30-2017-00941987-CU-WT-CJC)<br><br>**ORDER TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT CASE NUMBER 30-2017-00941987-CU-WT-CJC**<br><br>[Complaint Filed: September 6, 2017] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having read and considered the Parties' stipulation, and finding it supported by good cause, hereby approves the stipulation and orders that the action is REMANDED to the Orange County Superior Court, Case Number 30-2017-00941987-CU-WT-CJC. Plaintiff will file a dismissal of the individual defendant upon remand. The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**

Dated: November 22, 2017

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE